IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 08 2023

JEFFREY P. COLWELL
CLERK

Civil Case No. 1:23-cv-02089-SBP

DENNIS SLADEK,

    Plaintiff,

v.

DONALD J. TRUMP,

    Defendant.

## AMENDED COMPLAINT

COMES NOW Plaintiff and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 28 U.S.C. secs.1331.

2. Venue is proper in this Court as all injuries occurred in the State of Colorado.

### PARTIES

3. Plaintiff, Dennis Sladek, hereinafter "Sladek" and is relevant to the allegations contained herein a resident of the State of Colorado.

4. Defendant Donald J, Trump hereinafter "Trump" is a former president of the United States and a resident of the State of Florida.

### ALLEGATIONS

5. Sladek is a resident of the State of Colorado and a citizen of the United States.

6. Trump is a former president of the United States.

7. Trump clearly and intentionally violated the provisions of Section 3 of the 14th Amendment of the United States Constitution.

8. Section 3 of the 14th Amendment of the United States Constitution provides that:

> "No person shall be a Senator or Representative in Congress or a elector of President and Vice President, or hold any office civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof from serving in the government."

9. Black's Law Dictionary defines insurrection as:

> "A violent revolt to an oppressive authority, usually a government.:"

10. Black's Law Dictionary defines rebellion as:

> "1. open, organized, and armed assault to an established government especially an overt attempt to change the government or ruler of a government usually through violence. 2. open resistance opposition to an authority or tradition."

11, The actions of Trump that violated Section 3 of the 14th Amendment culminated on January 6, 2020 after days of planning.

12. Prior to January 6, 2020, Trump had invited his supporters to the Capital on January 6, 2020, for his rally contesting that the prior presidential election which was won by President Biden was stolen from him. He stated that the rally would be wild.

13. At the rally, Trump initially had all of the electronic machines that could detect for concealed weapons disconnected so that many of the supporters did in fact carry concealed weapons.

14. Many of the armed supporters were from radical groups as the Proud Boys and the Oath Keepers.

15. At the rally, Trump along with two of his allies, John Eastman and Rudy Giuliani, urged the crowd to march to the Capital to protest the certification by the electoral college of the votes from the previous presidential election which Trump lost.

16. The above procedure was supervised by then Vice President Mike Pence, who had been demanded by Trump to do whatever necessary to stall the electoral college vote, which Pence did not do as he felt that was unconstitutional.,

17. This action by Pence angered the rioters

18. Trump urged his supporters to march to the Capital and said that he would lead them there, which he never did since he lacked the courage and never intended to.

19. The riled up crowd marched to the Capital, and upon arrival broke windows and doors, even breaking into the private offices of legislators causing severe damage.

20. In the process, several Capital police were killed, while others were severely injured.

21. Again, the rioters, angered by Pence's refusal to follow Trump's directive, sought Pence with the intent to assassinate him.

22. Outside the Capital, the rioters had even erected a gallows which they intended to use on Pence.

23. Fortunately, Pence was taken to safety by Secret Service.

24. During this attack on the Capital which lasted hours, Trump was in the White House watching the episode on television doing nothing to stop it, even though several of his aides and even family members repeatedly urged him to publicly tell the rioters to cease their attack.

25. Trump did nothing but allow the riot to continue.

26. Finally, after several hours of rioting and destruction Trump made a televised statement telling the rioters to go home and even telling them that he loved them.

27. Trump never intended to stop the rioters since their actions and his inaction is what he intended.

28. The actions of the rioters was clearly an insurrection and rebellion again the government of the United States.

29. This insurrection and rebellion was created and engaged in by Trump by his planning and inaction.

30. The above definitions, i.e. insurrection and rebellion, from Black's Law Dictionary more than adequately describe exactly what occurred on January 6, 2020.

31. Due to his engagement of the insurrection and rebellion, Trump must be precluded from ever holding any political office in the United States government or any state.

WHEREFORE, Plaintiff respectfully requests an order from this Court removing Defendant Trump from any ballots for President of the United States and from serving in the United States government or in the future from any ballots of the United States government or any state.

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. section 1746, 18 U.S.C. section 1621.

Under Federal Rules of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Respectfully submitted this ___6___ day of September, 2023.

s/ *[signature]*
Dennis J. Sladek
P.O. Box 1373
1639 S. Nevada
Colorado Springs, CO 80903
719-551-8830

Case No. 1:23-cv-02089-LTB-SBP   Document 6   filed 09/08/23   USDC Colorado   pg 5 of 5

